| | |
|---|---|
| 1 | LELAND LAW |
| 2 | 7200 Greenleaf Avenue, Suite 170A |
|   | Whittier, CA 90602 |
| 3 | Telephone: (562) 904-6955 |
| 4 | Facsimile:  (562) 632-1301 |
|   | MOSELLE C. LELAND BOHORQUEZ (State Bar No: 268272) |
| 5 | E-mail: tracey@disabilitylawfirm.com |
| 6 |     Attorneys for Plaintiff |
|   | STEPHANIE M. HINDS |
| 7 | United States Attorney |
| 8 | MATHEW W. PILE |
|   | Associate General Counsel |
| 9 | Office of Program Litigation, Office 7 |
| 10 | OSCAR GONZALEZ, DC 491041 |
|   | Special Assistant United States Attorney |
| 11 | Office of Program Litigation, Office 7 |
| 12 | Office of the General Counsel |
| 13 | Social Security Administration |
|   | 6401 Security Blvd. |
| 14 | Baltimore, MD 21235 |
| 15 | Telephone:  (510) 970-4818 |
|   | Email: Oscar.Gonzalez@ssa.gov |
| 16 |     Attorneys for Defendant |
| 17 | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CORY BRILL, | ) | Case No. CV 22-05579-LJC |
|     Plaintiff, | ) | |
| | ) | **ORDER EXTENDING** |
|       v. | ) | **BRIEFING SCHEDULE** |
| KILOLO KIJAKAZI, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
|     Defendant. | ) | |

Based upon the parties' Stipulation for Extension of Briefing Schedule, and for good cause shown, IT IS ORDERED that Plaintiff shall have until March 6, 2023 to file Plaintiff's Motion for Summary Judgment. Thereafter the briefing schedule shall be extended as follows:

   Plaintiff's Motion for Summary Judgment Due  -  03/06/2023
Defendant's Opposition or counter-motion Due  -  04/03/2023
Plaintiff's Reply Due  -  04/17/2023

Dated: February 7, 2023

_____
THE HON. LISA J. CISNEROS
United States Magistrate Judge