UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY JEAN BRILL,<br><br>        Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br><br>        Defendant. | Case No.  22-cv-05579-LJC<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO MOTION FOR SUMMARY JUDGMENT BRIEFING SCHEDULE**<br><br>Re: Dkt.  22 |

For good cause shown, the Court hereby **GRANTS** the parties' Amended Stipulation[1] to a 28-day extension for Defendant Kilolo Kijakazi to file her Cross-Motion for Summary Judgment (Cross-Motion) and Opposition to Plaintiff's Motion for Summary Judgment (Motion).  Dkt. 22.  Defendant shall file her Cross-Motion and Opposition to Plaintiff's Motion by **April 28, 2023**.  Plaintiff shall file her Reply in support of her Motion by **May 12, 2023**.  Plaintiff shall file her Opposition to Defendant's Cross-Motion by **May 26, 2023**.  Defendant shall file her Reply in support of her Cross-Motion by **June 9, 2023**.

**IT IS SO ORDERED.**

Dated: March 30, 2023

LISA J. CISNEROS
United States Magistrate Judge

---

[1] The parties amended their Stipulation (Dkt. 21) to include the correct civil case number for this matter.