United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CORY JEAN BRILL,

          Plaintiff,

     v.

MARTIN O'MALLEY[1],

          Defendant.

Case No.  22-cv-05579-LJC

**JUDGMENT**

Re: ECF Nos. 19, 24

Judgment is hereby entered consistent with the Court's Order Granting Plaintiff's Motion for Summary Judgment and Denying Defendant's Cross-Motion for Summary Judgment (ECF No. 28).  This document constitutes a judgment and a separate document for purposes of Rule 58(a) of the Federal Rules of Civil Procedure.

    **IT IS SO ORDERED.**

Dated: March 28, 2024

_____
LISA J. CISNEROS
United States Magistrate Judge

---

[1] Martin O'Malley was sworn in as Commissioner of Social Security on December 20, 2023, and is therefore automatically substituted as the defendant in this case under Rule 25(d) of the Federal Rules of Civil Procedure.