LELAND LAW
7200 Greenleaf Avenue, Suite 170A
Whittier, CA 90602
Telephone: (562) 904-6955
Facsimile:  (562) 632-1301
MOSELLE C. LELAND (CSBN: 268272)
E-mail: tracey@disabilitylawfirm.com
       Attorneys for Plaintiff

ISMAIL J. RAMSEY (CSBN: 189820)
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
OSCAR GONZALEZ de LLANO (CSBN:        )
Special Assistant United States Attorney
    Social Security Administration
    6401 Security Blvd.
    Baltimore, MD 21235
    Telephone:  (510) 970-4818
    Facsimile:   (415) 744-0134
    Attorneys for Defendant
    Oscar.Gonzalez@ssa.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY BRILL,<br>    Plaintiff,<br><br>    v.<br><br>MARTIN O'MALLEY[1],<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 3:22-cv-05579-LJC<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1  Based upon the parties' Stipulation for the Award and Payment of Equal
2  Access to Justice Act Fees, IT IS ORDERED that fees in the amount of NINE
3  THOUSAND SEVEN HUNDRED and EIGHT-FOUR DOLLARS and 80cents
4  [$9,784.80], as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms
5  of the Stipulation.

Dated: June 26, 2024            _____
                                HON. LISA J. CISNEROS
                                UNITED STATES MAGISTRATE JUDGE